UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CLARA UWAMU, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 9:17-CV-00177 |
| BRANDI MCENTIRE, ET AL | | |
| *Defendants.* | | |

## STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE AND ORDER

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, **CLARA UWAMU** and Defendant, **METROPOLITAN PROPERTY & CASULATY INSURANCE COMPANY D/B/A METLIFE AUTO & HOME**, and each of them, by and through their respective attorneys of record, and stipulate that all matters in controversy have been settled and resolved pursuant to the terms and conditions of the Court and stipulate and move to dismiss the action in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

WHEREFORE, PREMISES CONSIDERED, the parties Stipulate and Move for dismissal with prejudice by this Court that all costs of Court incurred in this cause are hereby taxed and assessed against the party incurring same.

Respectfully submitted,

**CHANDLER, MATHIS & ZIVLEY, P.C.**
P.O. Box 340
Lufkin, Texas 75902-0340
Phone: (936) 632-7778
Fax: (936) 632-1304

By: */s/ Kirk Mathis*
Kirk Mathis
Texas Bar No. 24006078
kmathis@cmzlaw.com
Stephen R. Walker
Texas Bar No. 24034729
swalker@cmzlaw.com

**ATTORNEYS FOR PLAINTIFF**

**FENLEY & BATE, L.L.P.**

By: /s/
CURTIS (CURT) W. FENLEY, III
Texas Bar No. 06902010
P.O. Box 450
Lufkin, Texas 75902-0450
Telephone: (936) 634-3346
Fax: (936) 639-5874
Email:   cfenley@fenley-bate.com

*COUNSEL FOR DEFENDANT,*
*METROPOLITAN PROPERTY AND*
*CASUALTY INSURANCE COMPANY D/B/A*
*METLIFE AUTO & HOME*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of July, 2018. Any other counsel of record will be served by facsimile transmission and first class mail, return receipt requested.

_____
CURTIS (CURT) W. FENLEY, III