**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CLARA UWAMU, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION No. 9:17-CV-177 |
| v. | § | |
| | § | JUDGE RON CLARK |
| BRANDI MCENTIRE, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

Before the court is the parties' Stipulation to Dismiss Plaintiff's Complaint with Prejudice [Dkt. #12]. The parties seek to dismiss the case with prejudice and that all costs of court incurred in this case be taxed and assessed against the party incurring the same. The court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties' Stipulation to Dismiss Plaintiff's Complaint with Prejudice [Dkt. #12] is GRANTED and the case is DISMISSED WITH PREJUDICE.

So **ORDERED** and **SIGNED** this **8** day of **August, 2018.**

_____
Ron Clark, Senior District Judge